USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/29/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THREE COURT MASTER, L.P.,

                Plaintiff,

-against-

UBS, AG STAMFORD BRANCH,

                Defendant.

25-CV-07679 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

On April 21 and 23, 2026, Plaintiff filed discovery letter motions directed at non-parties Naked Juice, LLC and PJT Partners, LP (Dkt. No. 28) and Defendant UBS, AG Stamford Branch (Dkt. No. 29). The submissions in response to both of Plaintiff's letters indicate that the letters were filed prematurely, before the parties were truly at an impasse. Plaintiff is directed to continue meeting and conferring with Naked Juice, LLC, PJT Partners, LP, and Defendant to try to reach a resolution of their disputes without the Court's intervention. The parties involved in each dispute shall file joint letters by no later than **May 12, 2026** on the status of the dispute and whether any issues remain for the Court to resolve. The Court is amenable to a reasonable extension of the discovery deadline if the parties agree that one is needed.

Dated: April 29, 2026
      New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge