# Law Offices of Martin Eisenberg

50 Main Street, Suite 1000
White Plains, New York 10606
914-682-2044 (Office)
914-682-7784 (Fax)
me@martineisenberglaw.com

June 12, 2026

<u>Via ECF</u>
The Honorable Margaret M. Garnett
United States District Judge
United States District Court S.D.N.Y.
40 Foley Square
New York, New York 10007

> Re:    **Three Court Master, L.P. vs. UBS AG, Stamford Branch Case No. 1:25-cv-07679 (MMG); Proposed Revised Discovery Schedule**

Dear Judge Garnett:

Plaintiff Three Court Master, L.P. ("Plaintiff") and Defendant UBS AG, Stamford Branch ("Defendant") respectfully submit this joint letter pursuant to the Court's June 8, 2026 Order granting Plaintiff's motion to compel discovery and directing the parties to confer and submit a proposed revised discovery schedule.

Defendant has informed Plaintiff that UBS requires until September 15, 2026 to complete its production of documents responsive to Plaintiff's Requests for Production, including the additional discovery relating to the Revolving Credit Agreement ordered by the Court.

Following receipt of UBS's document production, Plaintiff will require an opportunity to review and analyze the production, pursue any necessary follow-up discovery, issue subpoenas to non-parties for the production of documents, and conduct depositions of Defendant's personnel and relevant non-parties. In light of the Court's June 8, 2026 Order and the scope of the remaining discovery, the parties respectfully submit the following proposed revised schedule for the Court's consideration:

1. Fact discovery shall be completed no later than December 30, 2026.
2. Documents responsive to Plaintiff's First Request for Production of Documents directed to Defendant, other than requests relating to the Revolving Credit Agreement, and documents responsive to Defendant's Requests for Production directed to Plaintiff shall be produced by July 15, 2026.
3. Documents responsive to Plaintiff's First Request for Production of Documents directed to Defendant relating to the Revolving Credit Agreement shall be produced by September 15, 2026.

4. Defendant's Responses to Plaintiff's First Set of Interrogatories directed to Defendant relating to the Revolving Credit Agreement shall be served by June 30, 2026.
5. Requests for Admission shall be served no later than November 15, 2026.
6. Summary Judgment Conference to be set by the Court.
7. Necessity for and deadlines for expert discovery to be determined.

The parties respectfully submit that good cause exists for the proposed extension because the Court's June 8, 2026 Order requires the production of additional categories of documents relating to the Revolving Credit Agreement. The proposed schedule is intended to provide sufficient time for the completion of the remaining fact discovery following that production.

Respectfully submitted,

| _____/s/ Martin Eisenberg_____ | _____/s/ Joshua Bratspies_____ |
|---|---|
| Martin Eisenberg | Joshua Bratspies |
| LAW OFFICES OF MARTIN EISENBERG | SHERMAN ATLAS SYLVESTER & STAMMELMAN |
| 50 Main Street, Suite 1000 | 210 Park Avenue 2nd Fl. |
| White Plains, New York 10606 | Florham Park, New Jersey 07932 |
| Tel.: 914-682-2044 | Tel.: (212) 839-5300 |
| | |
| *Counsel for Plaintiff Three Court Master, L.P.* | *Counsel for Defendant UBS AG, Stamford Branch* |

GRANTED.  The deadline for the completion of fact discovery is hereby EXTENDED to **December 30, 2026**.  The post-fact discovery conference previously scheduled for July 16, 2026 is hereby ADJOURNED to **January 28, 2027**, and the deadline for the parties to submit their post-fact discovery letter described in Dkt. No. 21 is hereby EXTENDED to **January 21, 2027**.

SO ORDERED.  Dated June 15, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE